No. 11-5036. Roberto Sanchez, Petitioner v. United States.

565 U.S. 886, 132 S. Ct. 261, 181 L. Ed. 2d 153, 2011 U.S. LEXIS 5229.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 419 Fed. Appx. 27.

No. 11-5037. Juan Romero-Camacho, Petitioner v. United States.

565 U.S. 886, 132 S. Ct. 261, 181 L. Ed. 2d 153, 2011 U.S. LEXIS 5385.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 421 Fed. Appx. 471.

No. 11-5039. Eric Watkins, Petitioner v. Anthony Haynes, Warden.

565 U.S. 887, 132 S. Ct. 262, 181 L. Ed. 2d 153, 2011 U.S. LEXIS 5813.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-5040. Kenneth Williams, Petitioner v. United States.

565 U.S. 887, 132 S. Ct. 262, 181 L. Ed. 2d 153, 2011 U.S. LEXIS 5406.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-5043. Frederick Padgett, Petitioner v. United States.

565 U.S. 887, 132 S. Ct. 262, 181 L. Ed. 2d 153, 2011 U.S. LEXIS 5470.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 422 Fed. Appx. 287.

No. 11-5044. James L. Phelps, Petitioner v. United States.

565 U.S. 887, 132 S. Ct. 262, 181 L. Ed. 2d 153, 2011 U.S. LEXIS 5358.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-5046. Cory Baker Kamerud, Petitioner v. United States.

No. 11-5083. Brett Christian Kamerud, Petitioner v. United States.

565 U.S. 887, 132 S. Ct. 262, 181 L. Ed. 2d 153, 2011 U.S. LEXIS 5705.

October 3, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same cases below, 629 F.3d 790.